# CERTIFICATE OF SERVICE

I, __REBECCA B. HOWALD__, certify that I am, and at all
      (name)
times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __9/08/09__ by:
    (date)

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    CHARLES JULIUS STAVINOHA
    4334 MAXWELL RD.
    ANTIOCH, TN 37013

[ ] Personal service: by leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                 (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__9/08/09__                                              __Rebecca B Howald__
Date                                                           Signature

| Print Name: |
| --- |
| REBECCA B. HOWALD |
| Business Address: |
| MANIER & HEROD, PC., 150 FOURTH AVE NORTH, SUITE 2200 |
| City: NASHVILLE     State: TN     Zip Code: 37219 |