**Form clkinq**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

Case No. **3:09−ap−00331**

**Adversary Case**

Related Bankruptcy Proceeding No.: 3:09−bk−05677

Plaintiff : EAST TEXAS ASPHALT CO., LTD

vs

Defendant : Charles Julius Stavinoha

---

### CLERK'S INQUIRY

---

Clerk Inquiry pursuant to LBR 5003−1(b). The related document has the following defect(s): Debtor(s) name(s) and the case number do not agree with the record of this case. (RE: related document(s)[5] Return of Service on Charles Julius Stavinoha., [6] Return of Service on CJ Stavinoha Company, Inc..) (slw)

Dated: 9/9/09                                     MATTHEW T. LOUGHNEY
                                                  Court Clerk